# EXHIBIT G



February 7, 2019

Office of Petitions

Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

Re: Petition to Revive Abandoned U.S. Patent Application 13/691,805

Dear Office of Petitions:

On December 12, 2012, I filed patent application 13/691,805 entitled "Digital Imaging System for Correcting Video Image Aberrations" with the U.S. PTO [confirmation number 6244]. However, this application was abandoned for lack of payment of application fees.

I am requesting revival of this abandoned patent application. Enclosed is completed Form 64 (Petition for Revival of an Application for Patent Abandoned Unintentionally under 37 CFR 1.137(b)), indicating the abandonment was unintentional. The reason for the non-payment was economic constraints.

Also enclosed is a petition to expedite the request to revive the abandoned patent application.

I am paying the $785 for the patent application fee (for electronic filing), $1,000 for the Office of Petitions fee and $200 for the petition to expedite. I am enclosing a check for $1985. Please refer to the accompanying petition to expedite.

I appreciate your assistance is processing this request.

If you have any questions, you may reach me at the address and number below.

Yours very truly,

*[signature: Neal J Solomon]*

Neal Solomon

P.O. Box 21297

Oakland, CA 94620

(415) 334-5600