# EXHIBIT H



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/691,805 | 12/02/2012 | Neal Solomon | | 6244 |

| 103468 | 7590 | 03/22/2019 |
|---|---|---|

Neal Solomon
P.O. Box 21297
Oakland, CA 94620

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2661 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/22/2019 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

|  |  |
|---|---|
| In re Application of : | |
| Solomon, Neal : | |
| Application No. 13/691,805 : | DECISION ON PETITION |
| Filed: December 02, 2012 : | |
| For: DIGITAL IMAGING SYSTEM FOR : | |
| CORRECTING VIDEO IMAGE | |
| ABERRATIONS | |

This is a decision on the petition under 37 CFR 1.182, filed February 11, 2019, to expedite consideration of the petition under the unintentional provisions of 37 CFR 1.137(b), filed February 11, 2019 and supplemented on February 28, 2019, which is being treated as a petition under the unintentional provisions of 37 CFR 1.137(a), to revive the above-identified application. The requisite $200 petition fee to expedite consideration has been received.

The petition under 37 CFR 1.182 is **GRANTED**.

The petition under 37 CFR 1.137(a) is **GRANTED**.

The application became abandoned for failure to reply in a timely manner to the Notice to File Missing Parts of Nonprovisional Application (Notice), mailed January 03, 2013. The Notice set a period for reply of two (2) months from the mail date of the Notice. No extensions of time under the provisions of 37 CFR 1.136(a) were obtained. Accordingly, the application became abandoned by operation of law on March 04, 2013. A courtesy Notice of Abandonment was mailed on September 06, 2013.

The petition satisfies the requirements of 37 CFR 1.137(a) in that petitioner has supplied (1) the reply in the form of the basic filing fee of $150, the search fee of $330, the examination fee of $380, the surcharge fee $80, (2) the petition fee of $1,000 and (3) a proper statement of unintentional delay.

37 CFR 1.137(b)(4) requires a statement that the entire delay in filing the required reply from the due date for the reply until the filing of a grantable petition pursuant to 37 CFR 1.137(a) was unintentional. Since the statement appearing in the petition varies from the language required by 37 CFR 1.137(b)(4), the statement is being construed as the required statement. Petitioner must notify the Office if this is **not** a correct reading of the statement appearing in the petition.

This application has been abandoned for an extended period of time. The U.S. Patent and Trademark Office is relying on petitioner's duty of candor and good faith and accepting the statement that "the entire delay in filing the required reply from the due date for the reply until the filing of a grantable petition pursuant to 37 CFR 1.137 was unintentional." *See* Changes to Representation of Others Before the United States Patent and Trademark Office, 73 Fed. Reg. 47650 (August 14, 2008), 1334 Off. Gaz. Pat. Office 338 (September 9, 2008) (applicant obligated under 37 CFR 11.18 to inquire into the underlying facts and circumstances when providing the statement required by 37 CFR 1.137 to the U.S. Patent and Trademark Office).

This application is being referred to the Office of Patent Application Processing (OPAP) for further pre-examination processing in the normal course of business on the reply received February 11, 2019 and February 28, 2019.

Telephone inquiries concerning this decision should be directed to Jonya Smalls, Paralegal Specialist at (571) 272-1619.


/JONYA SMALLS/
Jonya Smalls
Paralegal Specialist, OPET